STANDARD ROPE & TWINE COMPANY, Appellant, v. TRUMBULL SEED COMPANY, Defendant; T. LEE ADAMS, Respondent.

Kansas City Court of Appeals, June 2, 1902.

Corporations: LIABILITY OF STOCKHOLDER: CREDITOR: OWNER. Affirmed on the authority of Dain Manufacturing Company v. Trumbull Seed Company, 95 Mo. App. 144.

Appeal from Jackson Circuit Court.—*Hon. James Gibson*, Judge.

AFFIRMED.

No briefs.

ELLISON, J.—This case is governed by that of Dain Manufacturing Company v. Trumbull Seed Com-

pany, 95 Mo. App. 144, and the judgment, following that case, will be affirmed. All concur.